# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES THATCHER,<br><br>        Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondents. | CV F   05-0678 REC DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR VOLUNTARILY DISMISSAL OF PETITION<br><br>[Doc. 10] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner filed the instant petition on May 17, 2005. On June 16, 2005, the Court issued an order to show cause why the petition should not be dismissed for lack of jurisdiction. More specifically for failing to name a proper Respondent and potentially exhausting all the claims in the state court. In response to the Court's order, Petitioner filed motion to dismiss the petition, without prejudice on July 11, 2005.

      Subject to the provisions of law, a Petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. Id. In this case, no answer has been served or filed.

///

1

1  Accordingly, it is HEREBY ORDERED that Petitioner's motion for voluntarily dismissal
2  is GRANTED, the petition for writ of habeas corpus is DISMISSED, without prejudice, and the
3  Clerk of Court shall close this action as this order terminates the proceedings in its entirety.

       IT IS SO ORDERED.

**Dated:** **July 14, 2005**              /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE